[No. 7570.]

## KERN RESERVOIR & DITCH COMPANY v. WELDON VALLEY DITCH COMPANY ET AL.

WATER RIGHTS—*Unlawful Diversion and Storage.*  The diversion
and storage by an irrigating company of water to the use of which
another is entitled, or the retention of it, after it is wrongfully im-
pounded by another, will be relieved against in equity.  (303)

*Error  to  Morgan  District  Court.*—Hon. H. P.
BURKE, Judge.

Mr. H. N. HAYNES, for plaintiff in error.

Messrs. STEPHENSON & STEPHENSON and Messrs.
ALLEN & WEBSTER, for defendant in error.

Mr. JUSTICE GABBERT delivered the opinion of the
court:

While numerous questions are urged by plaintiff in
error in support of its contention that the decree rend-
ered by the trial court is wrong and should be reversed,
the real question involved, is whether it wrongfully and
illegally stored water in its reservoir to the injury of
the defendants in error.  The District Court so found
in an action brought by defendants in error as plain-
tiffs, against plaintiff in error as defendant, the object

of which was to compel defendant to return water alleged to have been wrongfully impounded by it, to the Cache la Poudre river to supply the priorities of plaintiff's and from a decree granting this relief and restraining it from such wrongful acts in the future, the defendant has brought the case here for review on error.

The testimony establishes that plaintiff in error either diverted and stored water in its reservoir, without right, or retained it therein after it had been wrongfully impounded by another, at a time when it should have been permitted to flow down the stream from which it was diverted to supply the priorities of plaintiffs, and was required for that purpose. Based on these facts the decree of the court is unquestionably right, and is therefore affirmed.

*Judgment affirmed.*

CHIEF JUSTICE MUSSER and Mr. JUSTICE HILL concur.